Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Texas_

_Tyler_ Division

| | |
|---|---|
| Kevin James Kohute<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>The Texas State bar association<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _624CV465_<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin James Kohute |
| Street Address | 601 E Valentine Street |
| City and County | Tyler, Smith County |
| State and Zip Code | Texas, 75702 |
| Telephone Number | 903-447-8661 |
| E-mail Address | Cd Kevin Kohute 37@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                           State bar of Texas

    Job or Title *(if known)*    State Government office

    Street Address            1414 Colorado St

    City and County         Austin, Travis County

    State and Zip Code      Texas, 78701

    Telephone Number      512-427-1463

    E-mail Address *(if known)*  http://www.texasbar.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983 and 28 usc 636

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual
        The plaintiff, *(name)* Kevin James Kohute , is a citizen of the
        State of *(name)* Texas .

    b.   If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated
        under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*
        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual
        The defendant, *(name)* The Texas state bar association , is a citizen of
        the State of *(name)* Texas . Or is a citizen of
        *(foreign nation)* United States of America

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the
        same information for each additional defendant.)*

    3.     The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
        stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        More than $75,000 for involuntary Commitment to a
        mental hospital illegally under detention up to
        two years in County Jail for being mentally incompetent
        Judicial retailation and Police retailation

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

file a 42 usc 1983. and 28 usc 636 for Judicial retailation
and Police retailiation

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.  mugshots need to be erased from Google

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/09/2024

Signature of Plaintiff    *Kevin James White*
Printed Name of Plaintiff    Kevin James White

### B. For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

https://www.facebook.com/profile.php?id=61569313473262

Tomorrow I'm getting on the bus to go to the Smith county Texas courthouse and Tyler Texas law library to file silveration lawsuits civil action lawsuits against Austin Reeve Jackson judge of the 114 courtroom that slanders and commits mental ill clients of the Texas State bar association penalty to prison or to a mental hospital for over 180 days up to 2 years in jail illegally under a judges competency test which is illegal and violations of the constitutional rights act of the Bill of Rights the Bill of Rights states the section states if a mental ill person has been detained illegally by parties that are in section article Texas health and safety codes that they can be imprisoned up to one year and county jail that means judges attorneys and police officers can go to jail for committing a mental ill person to a mental health hospital or prison for up to two years illegally without legal reputation or legal advice properly which is called judicial retaliation retaliation of the police department retaliation of the attorneys defacing a special agents undercovers that are in undercover operations and investigations that are not consented by a federal judge a JP Court a precinct and using a legal merchandise illegal merchandise using a legal merchandise to spy illegally spy on investigations they have no right to investigate that's called in entrapment and tampering with evidence of destroying records that have information that shows the court system did not have the authorization to wire tap to spy or to use police vehicles in their investigation without a warrant signed by a judge first and said the consent to search a mental ill person's property or real estate illegally private property codes of game warnings illegally going on properties and arresting domestic violence victims of the court when I come in to Smith county courthouse tomorrow library I will print out US district courthouse lawsuit petitions to petition the US district clerk in Washington DC to enforce the accusations of the legal court system not taking action in a legal investigations illegal investigations not consented by the court and doing it anyway police officers special agents and undercovers plant evidence on homeless victims that are on the streets of Washington DC and the state of Texas that are not giving permission to spy on homeless people in salvation army needs to have a lawsuit against the homeless population and against the salvation army itself for refusing in neglecting medical patients and homeless victims that have been domestically abused by police officers of Washington DC and the state of Texas you are presumed guilty as a judge and influencing my criminal background history court records to diffuse a very violent accusation police officers are very violent and use excessive force on innocent citizens and Smith county courthouse law library print out original petitioner complaints forms to the court showing judicial abuse abusing the judicial system by not abiding by the law or the section or the article or the penal code you do not have the right to disclose any information about

me without my consent to any party of the Texas State bar association and the Texas State bar association needs to be sued lawsuit wise by the Washington DC courthouse for unauthorizing a warrant to proceed on probable cause actions reports of me being mentally ill on a competency review for two years while I sat in county jail under illegal detention of a police officer statement while they did not show up to court while they did not have a proper defense in the judicial abuse judicially abusing me

https://www.facebook.com/profile.php?id=61569313473262

person or patient to a prison system or a mental institution for a mentally and competent test which will show the judge and the attorney can be fired or suspended for 90 days for not pardoning a party in criminal or civil action disbarment or strike of the disturbance in the courtroom due to the slander of police officers statements slandering and mental ill persons competency then the judge and the attorney has a attorney grievance application that is not viewed by the Texas State bar association the Texas State bar association should agree to not slander a mentally ill-person's competency during criminal history background checks or employment occupational code of safety and health of the mentally ill person's capability to understand right from wrong during the judicial systems process of debating if a judge or a attorney has a strike against their state bar license to perform procedures of the judicial system in the best interest of justice to letting the disciplinary council to put judges attorneys at police officers under review to be punished by the court system for being too harsh for slandering a mental ill person's capability of understanding right and wrong in the courtroom and giving bad legal advice to a person who doesn't understand that they're being disciplined by the court I think Washington DC police department needs to be sued in court by a federal district that understands that police officers do not have the right to slander and mentally ill-persons background or mentally ill problems to the public and violations of wiretap violations of video feedback that the mental ill person does not give consent to searches seizures political revenues or union workers comp and job history complaints about felons getting jobs and in the courtroom the judge the attorney and the police officers can be summoned to show up to the Washington DC courthouse of the US district Court of all areas of jurisdiction and precincts to summons all local law enforcement agents to be under review by the internal affairs association of the department of interior I also think that the salvation army has a problem abusing the homeless and elderly and mentally ill clients that are associated with harsh mental health clinics that have mentally ill case managers slandering mentally ill patients disclosing the lawsuits of the Texas state bar associations penal code on attorney discardment and judge strikes

13h     Reply

Kevin James Kohute
601 E valentine Street
Tyler, Texas 75702

To The Federal eastern district Court clerk
211 west ferguson Street room 106
Tyler, Texas, 75702



NORTH TEXAS PBDC
DALLAS TX
MON 09 DEC 2024
AFSM 121 00022234